**Norman B. Arnoff Esq.**

**Law Offices of Norman B. Arnoff**
**60 East 42 nd. Street, NYC,NY 1016,**

**Suite 628, (917-912-1165,**

nbarnoff@aol.com)

January 10 ,2016

Honorable Valorie Caproni ,United States District Judge

Thurgood Marshall, United States Courthouse

United States District Court ,Southern District of New York
40 Foley Square ,NY,NY10002

Re: **Ream v. Berry Hill Galleries, US Dist. Ct. SDNY (16 Civ7462)**

Dear Judge Caproni,

The undersigned represents the Defendants in the above captioned matter. A mediation was held through the auspices of the Court, December 12, 2016, but did not resolve the outstanding issues.Another mediation has been scheduled for February 7, 2017. Defendants' time to answer or move is set for January 13,2017 .

I requested from Plaintiffs' counsel two weeks to interpose Defendants' answer or motion for personal reasons. Plaintiff's counsel declined on grounds of prior extensions. I will disclose to Chambers the basis for my request if that would be helpful.. Please advise. Thank you for your anticipated courtesy and cooperation.

Respectfully

Norman B. Arnoff Esq.

cc: Galen J. Criscione Esq.

Criscione, Ravala & Tabatchouk LLP.

90 Park Avenue, Suite 1700,

New York, New York 10016.