UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER REAM,

                Plaintiff,

-v-

BERRY-HILL GALLERIES, INC., et al.,

                Defendant.

CIVIL ACTION NO.: 16 Civ. 7462 (SLC)

**TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, September 15, 2020 at 10:00 am** on the Court's conference line to discuss the Contempt Motion at ECF No. 94. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
              August 25, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge