UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER REAM,

                Plaintiff,

-v-

BERRY-HILL GALLERIES, INC., et al.,

                Defendant.

CIVIL ACTION NO.: 16 Civ. 7462 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference today, September 15, 2020, regarding the Motion for Contempt at ECF No. 94 and the status of the case, the Court orders as follows:

1. As discussed, the Court shall administratively terminate the Contempt Motion without prejudice pending the Court's assessment of the status of the Settlement Agreement.
2. As soon as possible, but by no later than **September 29, 2020**, Plaintiff is directed to request the transcript of the April 29, 2019 conference before Judge Pitman and have it filed on the docket;
3. By **September 29, 2020**, Plaintiff is directed to file a copy of the post-judgment subpoena on the docket and email a copy of the subpoena to Plaintiff and Mr. Arnoff.

After review of these submissions, the Court will inform the parties as to how to move the case forward.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 94.

Dated:     New York, New York         SO ORDERED
             September 15, 2020

_____
**SARAH L. CAVE**
**United States Magistrate Judge**