UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER REAM,

                Plaintiff,

-v-

BERRY-HILL GALLERIES, INC., et al.,

                Defendant.

CIVIL ACTION NO.: 16 Civ. 7462 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's settlement fairness submission at ECF No. 104. The submission states that a copy of the settlement agreement is attached as Exhibit A, but there is no exhibit attached.

Accordingly, by **October 22, 2020**, Plaintiff shall submit to the Court a fully executed copy of the settlement agreement.

Dated:    New York, New York
            October 15, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**