UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER REAM,

                            Plaintiff,

-v-

BERRY-HILL GALLERIES, INC., et al.,

                            Defendant.

CIVIL ACTION NO.: 16 Civ. 7462 (SLC)

**ORDER CANCELLING
SETTLEMENT CONFERENCE**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Order at ECF No. 114, in advance of the Settlement Conference scheduled for Friday, February 12, 2021 at 10:00 am, the parties were to submit pre-conference submissions by email to Chambers.  These submissions were due **yesterday**, February 8, 2021, and neither party has provided their submissions or requested an extension of time to do so.

This is not the first time the parties have failed to comply with the requirements of a Court order.  On December 4, 2020, Plaintiff was directed to inform the Court of how he intended to proceed in the case, with one option being participating in a Settlement Conference.  (ECF No. 108).  Per that order, Plaintiff was directed to contact the Court by December 18, 2020.  (Id.) Plaintiff did not do so, and instead on January 4, 2021 wrote to the District Judge formerly assigned to this matter to reopen the case.  (ECF No. 109).  On receipt of that filing, this Court reminded Plaintiff that the parties had consented to this Court's jurisdiction and that they could proceed as outlined in the December 4, 2020 Order.  (ECF No. 111).  Thereafter, Plaintiff wrote the Court requesting a Settlement Conference.  (ECF No. 112).

Because the parties have again failed to comply with the Court's orders, the Settlement Conference scheduled for Friday, February 12, 2021 is CANCELLED and will not be rescheduled.  The Clerk of Court is respectfully directed to terminate the conference.  This case remains CLOSED.

Dated:    New York, New York
          February 9, 2021

                                            SO ORDERED

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**

2